USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 9/22/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JULIO C.,

Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

25-CV-5233 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The oral argument previously scheduled for September 23, 2026, in this action (Dkt. 20) is ADJOURNED to **September 30, 2026 at 11:00 a.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

Dated: New York, New York
September 22, 2026

**SO ORDERED**.

**BARBARA MOSES**
**United States Magistrate Judge**