USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 9/30/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JULIO C.,

Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

25-CV-5233 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

Plaintiff Julio C. filed this action pursuant to § 205(g) of the Social Security Act, 42 U.S.C. § 405(g), seeking judicial review of the denial of his application for supplemental security income. The case is before me for all purposes pursuant to 28 U.S.C. § 636(c). *See* Dkt. 9.

The Court has carefully reviewed the record, the briefs, and applicable law; heard oral argument from the parties on September 30, 2026; announced its decision on the record at the conclusion of the argument (the Oral Decision); and directed the parties to split the costs of any transcript required for appeal.

For the reasons explained on the record, the Court has determined that the Commissioner's decision was based on the correct legal standards and was supported by substantial evidence. Therefore, the Commissioner's denial of benefits is SUSTAINED, plaintiff's motion for judgment on the pleadings is DENIED, and this case is DISMISSED.

The Clerk of the Court is respectfully directed to close the case.

Dated: New York, New York
September 30, 2026

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**